IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SANTOS GERARDO MENDOZA a/k/a
SANTOS GERARDO MEDOZA CASTELLON                                    PLAINTIFF

v.                          Case No. 4:24-cv-4054

LIEUTENANT ROSS, Hempstead County
Detention Center (HCDC); JAILER MCMORES,
HCDC; SERGEANT HEARTMAN, HCDC;
JAILER PINDERGRAS, HCDC; SERGEANT
CATO, HCDC; JAILER BLAND, HCDC; JAILER
GOLD HINSON, HCDC; BOOKING STAFF MACHO,
HCDC; BOOKING STAFF STACEY, HCDC;
BOOKING STAFF ROBINSON, HCDC; BOOKING
STAFF TARPLER, HCDC; and BOOKING STAFF
MAXFIELD, HCDC                                                      DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Upon preservice screening of Plaintiff's Second Amended Complaint (ECF No. 18) pursuant to 28 U.S.C. § 1915A(b), Judge Comstock recommends that Plaintiff's claims, all made pursuant to 42 U.S.C. § 1983, be dismissed for being barred by the applicable statute of limitations. Judge Comstock notes that all allegations involve actions taken more than eight years prior to filing this action and that the relevant statute of limitations for § 1983 claims is three years. Judge Comstock further recommends that the Clerk be directed to place a § 1915(g) strike flag on the case for future judicial consideration, and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's

reasoning is sound, the Court adopts the R&R (ECF No. 22) in toto. Plaintiff's Second Amended Complaint (ECF No. 18) is hereby **DISMISSED WITH PREJUDICE**. The Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

    **IT IS SO ORDERED**, this 14th day of February, 2025.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge